IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:05cr9HTW-JCS

WILLIE ALBERT MCKEE, JR.

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Indictment against WILLIE ALBERT MCKEE, JR., without prejudice.

DUNN LAMPTON
United States Attorney

By:

HAROLD H. BRITTAIN
Assistant U.S. Attorney
MS Bar No. 4556

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this 23rd day of May, 2006.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE